IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH BROWN, LOUIS WEISBERG,
and STEPHANIE LOSSE,

    Plaintiffs,                                                     Case No. 17-cv-549-wmc

    v.

JEFFREY L. KEMP, CHARLES SIMONO,
MARK FRUEHAUF, ANGELINE E. WINTON,
KIMBERLY LAWTON, KELLY MCKNIGHT,
MARTHA MILANOWSKI, WILLIAM NORINE,
ANGELA L. BERANEK, BRUCE R. POQUETTE,
MATTHEW TINGSTAD, MICHAEL NIESKES,
SCOTT K. WALKER, BRAD D. SCHIMEL,
CATHY L. STEPP, and TODD A. SCHALLER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffrey L. Kemp, Charles Simono, Mark Fruehauf, Angeline E. Winton, Kimberly Lawton, Kelly McKnight, Martha Milanowski, William Norine, Angela L. Beranek, Bruce R. Poquette, Matthew Tingstad, Michael Nieskes, Scott K. Walker, Brad D. Schimel, Cathy L. Stepp, and Todd A. Schaller against plaintiffs Joseph Brown, Louis Weisberg, and Stephanie Losse dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | December 10, 2020 |
| Peter Oppeneer, Clerk of Court | Date |