UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Joseph Brown, Louis Weisberg, and
Stephanie Losse,

      Plaintiffs,

    v.

Jeffrey L. Kemp, Charles Simono, Mark
Fruehauf, Angeline E. Winton,
Kimberly Lawton, Kelly McKnight,
Martha Milanowski, William Norine,
Angela L. Beranek, Bruce R. Poquette,
Matthew Tingstad, and Michael
Nieskes, in their official capacities as
District Attorneys of the State of
Wisconsin, Scott K. Walker, in his
official capacity as Governor of the
State of Wisconsin, Brad D. Schimel, in
his official capacity as Attorney General
of the State of Wisconsin, Cathy L.
Stepp, in her official capacity as
Secretary of the Wisconsin Department
of Natural Resources, and Todd A.
Schaller, in his official capacity as Chief
Warden of the Wisconsin Department of
Natural Resources,

      Defendants.

Case No. 3:17-cv-00549-wmc

---

## NOTICE OF APPEAL

---

Notice is hereby given that Joseph Brown, Louis Weisberg, and Stephanie Losse, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment

(dkt. #59) and the final Judgment in a Civil Case dismissing this action (dkt. #60), each of which were entered in this action on the 10th day of December, 2020.

Dated this 8th day of January, 2021.

                                                    LAFFEY, LEITNER & GOODE LLC
                                                    *Attorneys for Plaintiffs*

                                                    By:   */s/Joseph S. Goode*
                                                                Joseph S. Goode (Counsel of Record)
                                                                Mark M. Leitner
                                                                Jessica L. Farley
                                                                325 E. Chicago Street
                                                                Suite 200
                                                                Milwaukee, WI 53202
                                                                (414) 312-7003
                                                                (414) 755-7089 (facsimile)
                                                                jgoode@llgmke.com
                                                                mleitner@llgmke.com
                                                                jfarley@llgmke.com

                                                                Christopher Berry
                                                                Kelsey Eberly
                                                                Animal Legal Defense Fund
                                                                525 E. Cotati Ave.
                                                                Cotati, CA 94931
                                                                (707) 795-2533
                                                                cberry@aldf.org
                                                                keberly@adlf.org